Certificate Number: 03088-PAE-DE-032462619

Bankruptcy Case Number: 18-17441



03088-PAE-DE-032462619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2019</u>, at <u>7:44</u> o'clock <u>PM CDT</u>, <u>Edward A Montero</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 18, 2019</u>          By:   <u>/s/Crystal Towner</u>

                                      Name:  <u>Crystal Towner</u>

                                      Title: <u>Counselor</u>